# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | | |
|---|---|---|
| AHMED AL-KUBAISI | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 3:26-cv-09237-AGT |
| QUIKSERVE ENTERPRISES, INC.; JANET MCMANUS; ~~and DOES 1-10,~~ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

JANET MCMANUS
as an individual and Trustee of the QUALIFIED TERMINABLE INTEREST PROPERTY TRUST UNDER THE MCMANUS FAMILY 1998 TRUST
6160 Acacia Avenue
Oakland, CA 94618

QUIKSERVE ENTERPRISES, INC.
a California corporation doing business as BURGER KING
Harshraj Ghai
Chief Executive Officer and Registered Agent
580 Hegenberger Road,
Oakland, CA 94621

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Matt Valenti, Esq. (State Bar No. 253978)
VALENTI LAW APC
10174 Austin Dr. #1116
Spring Valley, CA 91979
Phone: (619) 540-2189
E-mail: mattvalenti@valentilawapc.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

*Mark B.Busby*

Date: 9/4/2026

Karen Gorman

*Signature of Clerk or Deputy Clerk*

Civil Action No. 3:26-cv-09237-AGT

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc: